AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BERKLEY INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>LEISNOI, INC., LEISNOI DIVERSIFIED SERVICES, LLC, LEISNOI PROFESSIONAL SERVICES, LLC, and LEISNOI-KEMRON 8A JV, LLC<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-09108 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LEISNOI DIVERSIFIED SERVICES, LLC
101 W. Benson Blvd, Suite 202
Anchorage, Alaska 99503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Hofmann
Torre, Lentz, Gamell, Gary & Rittmaster, LLP
Attorneys for Plaintiff Berkley Insurance Company
100 Jericho Quadrangle, Suite 309
Jericho, NY 11753
(516) 240-8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/6/2025                                                            /s/ J. Gonzalez
                                                                          *Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig